IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| ENGINEERED ROOF DE-ICING INC. a Utah Limited Liability Company<br><br>　　　Plaintiff,<br><br>vs.<br><br>VALIN CORPORATION, a California Corporation,<br><br>　　　Defendant. | Case No.: 2:20-CV-00181-DBB<br><br>Judge: David Barlow<br><br>Chief Magistrate Judge Paul M. Warner<br><br>**ORDER** |

　　　By motion Plaintiff, and for good cause shown:

**IT IS ORDERED:**

　　　The motion for the extension of time is GRANTED. The parties are to file the Attorney Planning Meeting Report and Proposed Patent Case Scheduling Order by June 9, 2020.

　　　DATED this 22nd day of May, 2020.

　　　　　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　　　　　*/s/ Paul M. Warner*
　　　　　　　　　　　　　　　　　　　―――――――――――――――
　　　　　　　　　　　　　　　　　　　Paul M. Warner
　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge