IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| **ENGINEERED ROOF DE-ICING, INC.,** a Utah limited liability company,<br><br>Plaintiff,<br>v.<br><br>**VALIN CORPORATION, a California corporation,**<br><br>Defendant. | **ORDER**<br><br>Case No. 2:20-cv-00181-DBB-JCB<br><br>District Judge David Barlow<br>Magistrate Judge Jared C. Bennett |

Before the court is Plaintiff's Motion for Leave to File and Serve Documents and Extension of Associated Deadlines.[1] On July 9, 2020, Plaintiff's counsel was permitted leave to withdraw as counsel in this case.[2] The court temporarily stayed this case for a period of 21 days upon counsel's withdrawal to provide Plaintiff time to obtain new counsel.[3] The stay automatically lifted on July 30, 2020.[4] Plaintiff's answer to Defendant's counterclaims was due on August 11, 2020, 12 days from the date the stay lifted. On August 12, 2020, Defendant filed a motion for default based on Plaintiff's failure to timely answer, plead, or otherwise respond to its counterclaims.[5] On October 14, 2020, Judge Barlow held oral argument on Defendant's motion for default and denied the motion for the reasons stated on the record.[6]

---

[1] ECF No. 32. After addressing the Order to Show Cause, Judge Barlow referred the remaining issues of the instant motion to Judge Bennett. ECF No. 37.
[2] ECF No. 23.
[3] *Id.*
[4] *Id.*
[5] ECF No. 26.
[6] ECF Nos. 36, 38.

Based on the denial of Defendant's motion for default, and for the reasons stated in the instant motion, the court **GRANTS** Plaintiff's motion[7] as follows.

1. Plaintiff shall file its answer to Defendant's counterclaims within 5 days from the date of this order.

2. Plaintiff shall also comply with Local Patent Rule 2.1 within 5 days from the date of this order.

3. Plaintiff shall comply with paragraph 2 of the Order to Propose Schedule[8] within 14 days from the date of this order.

**IT IS SO ORDERED**.

DATED this 21st day of October 2020.

BY THE COURT:

_____
Jared C. Bennett
United States Magistrate Judge

---

[7] ECF No. 32.
[8] ECF No. 5.