EXHIBIT A

## HOGE · FENTON

Hoge Fenton Jones & Appel, Inc.
60 South Market Street, Suite 1400
San Jose, CA  95113
Phone No.: +01.408.287.9501

Federal Tax ID: 94-1688588
Invoice Date: 9/25/2020
Invoice No: 177856

**Valin Corporation**
Joseph Nettemeyer
5225 Hellyer Avenue, Suite 250
San Jose, CA 95138

Engineered Roof De-Icing Inc v. Valin Corporation
Matter ID: 202020

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/03/2020 | SD | Analysis re: best method to request dismissal of case, to ▇▇▇▇▇▇▇ review local rules and rules for sanctions for non-compliance, Review, analyze and respond to correspondence from local Utah counsel, Jared Braithwaite re: same [2.1]. | 2.10 | 700.00 | 1,470.00 |
| 08/04/2020 | DJM | Prepare memorandum re: motion to dismiss/entry of default [3.1]. | 3.10 | 475.00 | 1,472.50 |
| 08/04/2020 | SD | Review analysis and further analysis on motion to dismiss action and review of Federal Rules of Civil Procedure, Rules 41 and ▇▇▇▇▇▇▇ [0.5]. | 2.10 | 700.00 | 1,470.00 |
| 08/05/2020 | DJM | Begin preparing motion to dismiss [2.9]. | 2.90 | 475.00 | 1,377.50 |
| 08/05/2020 | SD | Analysis re: Motion to Dismiss [0.4]. | 0.40 | 700.00 | 280.00 |
| 08/06/2020 | DJM | Revise motion to dismiss [0.9]; prepare declaration in support of motion to dismiss [0.4]; revise motion to dismiss [0.7]. | 2.00 | 475.00 | 950.00 |
| 08/06/2020 | SD | ▇▇▇▇▇▇▇ Review and revise Motion to Dismiss [1.6]; ▇▇▇▇▇▇▇ | 3.30 | 700.00 | 2,310.00 |

Valin Corporation  
Joseph Nettemeyer  
Page: 2

Matter ID 202020  
Invoice No. 177856

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/07/2020 | SD | Review and revise final motion to dismiss and accompanying papers, correspondence to local Utah counsel, Jared Braithwaite re: same for filing and sanctions request, including analysis and research relating thereto [1.3]; ■■■ | 3.10 | 700.00 | 2,170.00 |
| 08/10/2020 | DJM | ■■■ | 1.40 | 475.00 | 665.00 |
| 08/10/2020 | SD | ■■■ | 1.60 | 700.00 | 1,120.00 |
| 08/11/2020 | SD | ■■■ | 1.10 | 700.00 | 770.00 |
| 08/12/2020 | DJM | ■■■ | 0.20 | 475.00 | 95.00 |
| 08/12/2020 | SD | Multiple correspondence to and from local Utah counsel, Jared Braithwaite re: Motion to Dismiss and request for default, review final Utah conformed motions, approve same and instructions for filing [1.4]; ■■■ | 2.00 | 700.00 | 1,400.00 |
| 08/13/2020 | SD | ■■■ | 1.50 | 700.00 | 1,050.00 |
| 08/17/2020 | SD | ■■■ | 0.40 | 700.00 | 280.00 |
| 08/18/2020 | SD | ■■■ | 0.60 | 700.00 | 420.00 |
| 08/24/2020 | SD | ■■■ | 0.10 | 700.00 | 70.00 |

Case 2:20-cv-00181-DBB-JCB   Document 41-1   Filed 10/28/20   PageID.269   Page 4 of 7

Valin Corporation  
Joseph Nettemeyer  
Page: 3

Matter ID 202020  
Invoice No. 177856

| Date | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 08/25/2020 | SD | ▮▮▮▮▮▮▮▮▮▮ | 0.40 | 700.00 | 280.00 |
| 08/26/2020 | SD | ▮▮▮▮▮▮▮▮▮▮ | 0.70 | 700.00 | 490.00 |
| 08/28/2020 | SD | ▮▮▮▮▮▮▮▮▮▮ | 0.80 | 700.00 | 560.00 |

Total Fees: 18,700.00

**Summary**

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Shella Deen, Shareholder | 20.20 | 700.00 | 14,140.00 |
| Daniel J. Marsh, Associate | 9.60 | 475.00 | 4,560.00 |
| Totals: | 29.80 | | 18,700.00 |

**Expenses** — Amount

| | | |
|---|---|---|
| 08/31/2020 | On Line Research Fees August 1 - 31, 2020. | 91.50 |
| | Total Expenses: | 91.50 |



Due Upon Receipt

Interest accrues on balances unpaid after 60 days at a rate of 10% per annum

Please include your invoice number on your payment

To pay by VISA or MasterCard please contact our Accounts Receivable Dept  
at 408-287-9501 or AR@hogefenton.com

# HOGE • FENTON

Hoge Fenton Jones & Appel, Inc.  
60 South Market Street, Suite 1400  
San Jose, CA  95113  
Phone No.: +01.408.287.9501

Federal Tax ID: 94-1688588  
Invoice Date: 10/26/2020  
Invoice No: 178520

Valin Corporation  
Joseph Nettemeyer  
5225 Hellyer Avenue, Suite 250  
San Jose, CA 95138

Engineered Roof De-Icing Inc v. Valin Corporation  
Matter ID: 202020

| **Professional Fees** | | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/07/2020 | SD | ■■■ | 0.80 | 700.00 | 560.00 |
| 10/09/2020 | SD | ■■■ | 1.70 | 700.00 | 1,190.00 |
| 10/12/2020 | SD | ■■■ | 2.90 | 700.00 | 2,030.00 |

Case 2:20-cv-00181-DBB-JCB   Document 41-1   Filed 10/28/20   PageID.271   Page 6 of 7

Valin Corporation
Joseph Nettemeyer
Page: 2

Matter ID 202020
Invoice No. 178520

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/13/2020 | SD | Review, revise and draft Reply brief to Motion to Dismiss and declaration in support [1.6]; ▬▬▬ ; Prepare for motion hearings, and strategy for hearing [1.8]. | 5.50 | 700.00 | 3,850.00 |
| 10/14/2020 | SD | Final preparation for hearing on motion to dismiss, review case law [1.0]; Participate in hearing before Judge Barlow [0.7]; ▬▬▬ Review minute orders and orders from court [0.2]; ▬▬▬ | 3.10 | 700.00 | 2,170.00 |
| 10/16/2020 | SD | ▬▬▬ | 0.90 | 700.00 | 630.00 |
| 10/19/2020 | SD | Review Court's order and begin work on declaration in support of sanctions [0.5]; ▬▬▬ | 0.90 | 700.00 | 630.00 |
| 10/20/2020 | SD | ▬▬▬ | 1.00 | 700.00 | 700.00 |
| 10/21/2020 | SD | Review and analysis of Order issued by Court for actions required of plaintiff Engineered [0.3]; Follow-up re: invoices, declaration and assess further handling [0.6]. | 0.90 | 700.00 | 630.00 |
| 10/26/2020 | SD | Review and redact pertinent invoices from local Utah counsel, Jared Braithwaite and Hoge, draft and finalize declaration of Attorney S. Deen in support of sanction request, following Court Order for same [1.5]. | 1.50 | 700.00 | 1,050.00 |
| | | | | Total Fees: | 13,440.00 |

Case 2:20-cv-00181-DBB-JCB  Document 41-1  Filed 10/28/20  PageID.272  Page 7 of 7

Valin Corporation  
Joseph Nettemeyer  
Page: 3

Matter ID 202020  
Invoice No. 178520

**Summary**

| Professional | | Hours | Rate | Amount |
|---|---|---|---|---|
| Shella Deen, Shareholder | | 19.20 | 700.00 | 13,440.00 |
| | Totals: | 19.20 | | 13,440.00 |

| | |
|---|---|
| Total Current Billing: | 13,440.00 |
| Previous Balance Due: | 10,682.50 |
| Payments: | 0.00 |
| Total Due: | 24,122.50 |

Due Upon Receipt

Interest accrues on balances unpaid after 60 days at a rate of 10% per annum

Please include your invoice number on your payment

To pay by VISA or MasterCard please contact our Accounts Receivable Dept at 408-287-9501 or AR@hogefenton.com